Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 23−13467
Chapter: 7
Judge: Janet S. Baer

In Re:
  Mohamad Nashawi
  aka Mohamad Ghiyath Nashawi
  1006 E. Maple St.Apt. B
  Lombard, IL 60148

Social Security No.:
  xxx−xx−4604

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held in:

Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom

on January 12, 2024 at 11:00 AM

TO CONSIDER AND ACT UPON the following: Court's Motion to Dismiss for failure to pay filing fee. The amount owed is $338.00. Submit payment in the form of cash or money order payable to the U.S.B.C.

**All parties may appear for the hearing either in person in the courtroom or using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1−669−254−5252 or 1−646−828−7666. Then enter the meeting ID and passscode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site: https://www.ilnb.uscourts.gov.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

For the Court,

Dated: December 19, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court